IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOR LEONARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON –<br>SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:23-CV-0601-DAD-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant Best's motion, ECF No. 15, for an extension of time to file a response to Plaintiff's first amended complaint.  Good cause appearing therefor based on counsel's declaration indicating the need for additional time to review Plaintiff's institutional records and prepare a response, Defendant's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion for an extension of time, ECF No. 15, is GRANTED.

2. Defendant Best shall file a response to Plaintiff's first amended complaint on or before October 11, 2024.

Dated: August 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE